OMAHA WATER CO. v. CITY OF OMAHA. (Circuit Court of Appeals, Eighth Circuit. July 8, 1912.) No. 3,786. Appeal from the District Court of the United States for the District of Nebraska. See, also, 187 Fed. 1005; 192 Fed. 246, 112 C. C. A. 504. Howard Mansfield, of New York City, John F. Stout, of Omaha, Neb., Halleck F. Rose, of Omaha, Neb., and Herbert

C. Lakin, of New York City, for appellant. John L. Webster, of Omaha Neb., and W. D. McHugh, of O'Neill, Neb., for appellee.

PER CURIAM. Dismissed, with costs, per stipulation of parties.